1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11                          ----oo0oo----

12   LINDA GAY WHEAT,                    NO. CIV. 1:15-00714 WBS GSA

13              Plaintiff,

14        v.

15   FERRING PHARMACEUTICALS,
     INC., KENNY MAI, M.D., and
16   DOES 1 to 100, inclusive,

17              Defendants.

18

19

20                          ----oo0oo----

21              STATUS (PRETRIAL SCHEDULING) ORDER

22              After reviewing the parties' Joint Status Report, the

23   court hereby vacates the Status (Pretrial Scheduling) Conference

24   scheduled for August 3, 2015, and makes the following findings

25   and orders without needing to consult with the parties any

26   further.

27        I.   SERVICE OF PROCESS

28              All named defendants have been served, and no further

                                1

1   service is permitted without leave of court, good cause having

2   been shown under Federal Rule of Civil Procedure 16(b).

3              II.  JOINDER OF PARTIES/AMENDMENTS

4         No further joinder of parties or amendments to

5   pleadings will be permitted except with leave of court, good

6   cause having been shown under Federal Rule of Civil Procedure

7   16(b).  See Johnson v. Mammoth Recreations, Inc., 975 F.2d 604

8   (9th Cir. 1992).

9              III. JURISDICTION/VENUE

10        Jurisdiction is predicated upon 28 U.S.C. § 1332

11  because diversity of citizenship exists between the parties and

12  the amount in controversy exceeds the sum of $75,000.00.  Venue

13  is undisputed and is hereby found to be proper.

14             IV.  DISCOVERY

15        Parties shall serve initial disclosures required by

16  Federal Rule of Civil Procedure 26(a)(1) by no later than August

17  30, 2015.

18        The parties shall disclose experts and produce reports

19  in accordance with Federal Rule of Civil Procedure 26(a)(2) by no

20  later than March 25, 2016.  With regard to expert testimony

21  intended solely for rebuttal, those experts shall be disclosed

22  and reports produced in accordance with Federal Rule of Civil

23  Procedure 26(a)(2) on or before April 22, 2016.

24        All discovery, including depositions for preservation

25  of testimony and expert discovery, is left open, save and except

26  that it shall be so conducted as to be completed by May 23, 2016.

27  The word "completed" means that all discovery shall have been

28  conducted so that all depositions have been taken and any

1  disputes relevant to discovery shall have been resolved by

2  appropriate order if necessary and, where discovery has been

3  ordered, the order has been obeyed.  All motions to compel

4  discovery must be noticed on the magistrate judge's calendar in

5  accordance with the local rules of this court and so that such

6  motions may be heard (and any resulting orders obeyed) not later

7  than May 23, 2016.

8              V.  <u>MOTION HEARING SCHEDULE</u>

9        All motions, except motions for continuances, temporary

10  restraining orders, or other emergency applications, shall be

11  filed on or before June 6, 2016.  All motions shall be noticed

12  for the next available hearing date.  Counsel are cautioned to

13  refer to the local rules regarding the requirements for noticing

14  and opposing such motions on the court's regularly scheduled law

15  and motion calendar.

16             VI.  <u>FINAL PRETRIAL CONFERENCE</u>

17        The Final Pretrial Conference is set for August 15,

18  2016, at 2:00 p.m. in Courtroom No. 5.  The conference shall be

19  attended by at least one of the attorneys who will conduct the

20  trial for each of the parties and by any unrepresented parties.

21        Counsel for all parties are to be fully prepared for

22  trial at the time of the Pretrial Conference, with no matters

23  remaining to be accomplished except production of witnesses for

24  oral testimony.  Counsel shall file separate pretrial statements,

25  and are referred to Local Rules 281 and 282 relating to the

26  contents of and time for filing those statements.  In addition to

27  those subjects listed in Local Rule 281(b), the parties are to

28  provide the court with: (1) a plain, concise statement which

1  identifies every non-discovery motion which has been made to the

2  court, and its resolution; (2) a list of the remaining claims as

3  against each defendant; and (3) the estimated number of trial

4  days.

5          In providing the plain, concise statements of

6  undisputed facts and disputed factual issues contemplated by

7  Local Rule 281(b)(3)-(4), the parties shall emphasize the claims

8  that remain at issue, and any remaining affirmatively pled

9  defenses thereto.  If the case is to be tried to a jury, the

10  parties shall also prepare a succinct statement of the case,

11  which is appropriate for the court to read to the jury.

12          VII.  TRIAL SETTING

13          Defendant has requested a trial by jury.  The jury

14  trial is set for October 12, 2016 at 9:00 a.m.  The parties

15  estimate that the trial will take five to ten days.

16          VIII. SETTLEMENT CONFERENCE

17          A Settlement Conference will be set at the time of the

18  Pretrial Conference.  All parties should be prepared to advise

19  the court whether they will stipulate to the trial judge acting

20  as settlement judge and waive disqualification by virtue thereof.

21          Counsel are instructed to have a principal with full

22  settlement authority present at the Settlement Conference or to

23  be fully authorized to settle the matter on any terms.  At least

24  seven calendar days before the Settlement Conference counsel for

25  each party shall submit a confidential Settlement Conference

26  Statement for review by the settlement judge.  If the settlement

27  judge is not the trial judge, the Settlement Conference

28  Statements shall not be filed and will not otherwise be disclosed

4

1   to the trial judge.

2                   IX.   MODIFICATIONS TO SCHEDULING ORDER

3           Any requests to modify the dates or terms of this

4   Scheduling Order, except requests to change the date of the

5   trial, may be heard and decided by the assigned Magistrate Judge.

6   All requests to change the trial date shall be heard and decided

7   only by the undersigned judge.

8   Dated:   July 29, 2015

9   _____
    WILLIAM B. SHUBB

10  UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28