1   DAVID M. MOECK, Esq., #201341
    JAY M. KELLY, Esq., #272061
2   **QUINLAN, KERSHAW & FANUCCHI, LLP**
    2125 Merced Street
3   Fresno, California 93721
    Tel: (559) 268-8771
4   Fax: (559) 268-5701

5   Attorneys for Plaintiff, Linda Wheat

6

7

8                   UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10  LINDA WHEAT,                          CASE NO.  1:15-CV-00714-WBS-GSA

11

12              Plaintiffs,               **ORDER GRANTING DISMISSAL
                                          WITH PREJUDICE**
13          vs.

14  FERRING PHARMACEUTICALS, INC.,
    KENNETH MAI, M.D., and DOES 1-10,
15  INCLUSIVE

16              Defendants.

17

18

19

20          The joint Stipulation filed by the parties to Dismiss with Prejudice the above-entitled

21  Action on January 7, 2016 is hereby GRANTED.

22  Dated:  January 8, 2016          _____

23                                   WILLIAM B. SHUBB
                                     UNITED STATES DISTRICT JUDGE
24

25

26

27

28

                                        1